IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00933-BNB

ANTHONY MEYERS,

Plaintiff,

v.

NAVAJO EXPRESS/DIGBY REFRIGERATED INC., et al.,
DIGBY-RINGSBY TRUCKLINES, INC.,
DON DIGBY SR., Owner, his successors and heirs,
TOM HRGICH, Recruiting/Human Resources Mgr., and
FRANK BARKER, VP of Safety,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 8 2008

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 7th day of July, 2008.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-00933-BNB

Anthony Meyers
3220 Hilda's Corner Se
Conyers, GA 30013

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/8/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk