IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00933-LTB-MJW

ANTHONY MEYERS,

Plaintiff,

v.

MAVAJO EXPRESS/DIGBY REFRIGERATED, INC., et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the pro se plaintiff's Motion for Order for Service by U.S. Marshals and an Order Rescheduling the Scheduling/Planning Conference (Docket No. 20) is **granted in part and denied in part**. The motion is granted as follows. The court will issue a separate order directing service by the U.S. Marshal. In addition, the Rule 16 Scheduling/Planning Conference is reset to **December 1, 2008, at 9:00 a.m.** in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The proposed Scheduling Order and the Confidential Settlement Statements shall be submitted on or before November 24, 2008. Plaintiff shall ensure that the defendants are served with a copy of this Minute Order and the Order Setting Scheduling/Planning Conference issued on July 28, 2008 (Docket No. 17). The motion is denied with respect to plaintiff's request to participate in pretrial proceedings by telephone. It is further

**ORDERED** that the Order to Show Cause issued during the proceeding held on September 23, 2008 (Docket No. 18), due to plaintiff's failure to appear at the Rule 16 Scheduling/Planning Conference is vacated. The Show Cause Hearing set for October 22, 2008, at 9:30 a.m. is likewise vacated.

The court notes that the plaintiff's Motion for Order for Service by U.S. Marshals and an Order Rescheduling the Scheduling/Planning Conference (Docket No. 20) was not docketed when this court convened the Scheduling/Planning Conference on the morning of September 23, 2008. It appears the motion was file stamped that date but was not put on the electronic system until the following day. While the motion is dated September 15, 2008, plaintiff did not comply with this court's order that any requests to reschedule must be made five business days in advance of the date of the appearance.

Date: September 25, 2008