IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 6 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00933-LTB-MJW

ANTHONY MEYERS,

Plaintiff,

v.

MAVAJO EXPRESS/DIGBY REFRIGERATED, INC., et al.,

Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

**Entered by Magistrate Judge Michael J. Watanabe**

THIS CAUSE came before the court on the pro se plaintiff's Motion and Affidavit to Proceed Pursuant to 28 U.S.C. § 1915. (Docket No. 5). The court has granted the plaintiff leave to proceed *in forma pauperis*. (Docket No. 10). It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the Amended Complaint (Docket No. 12), summons, Order Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: 9/26/08

BY THE COURT:

s/ Michael J. Watanabe
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00933-LTB-MJW

Anthony Meyers
3220 Hildas Corner SE
Conyers, GA 30013

US Marshal Service
Service Clerk
Service forms for: Navajo Express/Digby Refrigerated Inc., Digby-Ringsby Trucklines, Inc, Don Digby Sr., Tom Hrgich, and Frank Barker

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to United States Marshal Service for service of process on Navajo Express/Digby Refrigerated Inc., Digby-Ringsby Trucklines, Inc, Don Digby Sr., Tom Hrgich, and Frank Barker: AMENDED COMPLAINT FILED 07/02/08, SUMMONS, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on 9/26/08.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk