**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00933-LTB-MJW

ANTHONY MEYERS,

    Plaintiff,

v.

MAVAJO EXPRESS/DIGBY REFRIGERATED, INC., et al,
DIGBY-RINGSBY TRUCKLINES, INC.,
DON DIGBY, SR., Owner, his successors and heirs,
TOM HRGICH, Recruiting/Human Resources Mgr., and
FRANK BARKER, VP of Safety,

    Defendants.

___

**ORDER REGARDING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**
___

This cause coming before the Court on the parties' Stipulated Motion for Dismissal with Prejudice, and the Court being fully advised in the premises, orders that:

All claims against all Defendants are hereby dismissed on the merits and with prejudice pursuant to F.R.C.P. Rule 41 (a)(1)(ii), each party to pay their own costs and attorneys fees.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED:   November 26, 2008